FILED
11/21/17 4:44 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
   JOHN J. SKARO and KAREN A. SKARO,   :   Case No. 13-25225-TPA
                    *Debtors.*   :   Chapter 13
                                        :
   BRIAN C. THOMPSON, ESQ.,   :   Related to Doc. No. 233
   THOMPSON LAW GROUP, P.C.,   :
                     *Applicant,*   :
                        v.   :
   RONDA J. WINNECOUR,   :
   ESQUIRE, CHAPTER 13 TRUSTEE   :
                   *Respondent.*   :

## ORDER

On November 7, 2017 the Applicant Brian C. Thompson, Esquire filed an *Application for Compensation* ("*Application*") at Document No. 233. The *Application* requests fees for the period of December 17, 2013 through October 10, 2017. The *Application* states that a $500 retainer and $1,500 from the sale of property has been received by the Applicant in prior compensation. The Applicant fails to disclose that $4,548 has been paid by the Debtor to the Applicant through the Chapter 13 plan. The Applicant requests the Court approve total compensation of $14,828 in fees and $180 in costs, but fails to specify what amount would be additional compensation through this fee application. Therefore,

*AND NOW*, this *21st* day of *November, 2017*, it is hereby **ORDERED**, **ADJUDGED** and **DECREED** that the *Application* is **DENIED without prejudice**, and *on or before December 8, 2017* the Applicant will file an amended *Application* which fully discloses all prior compensation received and complies with *W.PA.LBR 2016-1*.

Thomas P. Agresti, Judge
United States Bankruptcy Court

Case administrator to serve:
   Brian Thompson, Esq.,Ronda J. Winnecour, Esq., Debtor

United States Bankruptcy Court
Western District of Pennsylvania

In re:
John J. Skaro
Karen A. Skaro
    Debtors

Case No. 13-25225-TPA
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2    User: gamr    Page 1 of 1    Date Rcvd: Nov 22, 2017
Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 24, 2017.
db/jdb      +John J. Skaro,   Karen A. Skaro,   529 Brighton Place,   Mechanicsburg, PA 17055-5483

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.   TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 24, 2017                Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 22, 2017 at the address(es) listed below:

      Andrew F Gornall   on behalf of Creditor   BAYVIEW LOAN SERVICING, LLC agornall@goldbecklaw.com, bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
      Andrew F Gornall   on behalf of Creditor   JPMORGAN CHASE BANK, NATIONAL ASSOCIATION agornall@goldbecklaw.com, bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
      Brett A. Solomon   on behalf of Creditor   PNC Bank, National Association, Successor by Merger to National City Bank bsolomon@tuckerlaw.com, agilbert@tuckerlaw.com;cabbott@tuckerlaw.com;dparanay@tuckerlaw.com
      Brian C. Thompson   on behalf of Joint Debtor Karen A. Skaro bthompson@ThompsonAttorney.com, blemon@thompsonattorney.com;LMichaels@thompsonattorney.com;jwrzosek@thompsonattorney.com;ryandrlic@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@thompsonattorney.com
      Brian C. Thompson   on behalf of Plaintiff Karen A. Skaro bthompson@ThompsonAttorney.com, blemon@thompsonattorney.com;LMichaels@thompsonattorney.com;jwrzosek@thompsonattorney.com;ryandrlic@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@thompsonattorney.com
      Brian C. Thompson   on behalf of Plaintiff John J. Skaro bthompson@ThompsonAttorney.com, blemon@thompsonattorney.com;LMichaels@thompsonattorney.com;jwrzosek@thompsonattorney.com;ryandrlic@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@thompsonattorney.com
      Brian C. Thompson   on behalf of Debtor John J. Skaro bthompson@ThompsonAttorney.com, blemon@thompsonattorney.com;LMichaels@thompsonattorney.com;jwrzosek@thompsonattorney.com;ryandrlic@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@thompsonattorney.com
      Christopher L. Borsani   on behalf of Creditor   PNC Bank, National Association, Successor by Merger to National City Bank cborsani@tuckerlaw.com, clborsani82@gmail.com
      Donna M. Donaher   on behalf of Creditor   PNC Bank, National Association, Successor by Merger to National City Bank donaherd@fnb-corp.com
      James Warmbrodt   on behalf of Creditor   BAYVIEW LOAN SERVICING, LLC bkgroup@kmllawgroup.com
      Joshua I. Goldman   on behalf of Creditor   BAYVIEW LOAN SERVICING, LLC bkgroup@kmllawgroup.com
      Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov
      Ronda J. Winnecour   cmecf@chapter13trusteewdpa.com
      Stanley A. Kirshenbaum   on behalf of Defendant Brian W. Jones SAK@SAKLAW.COM

                                      TOTAL: 14