IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| In Re: | John J. Skaro, | : | Bankruptcy No. 13-25225 |
|---|---|---|---|
| | Karen A. Skaro. | : | |
| | | : | Chapter 13 |
| | Debtors, | : | |
| | | : | |
| | John J. Skaro, | : | |
| | Karen A. Skaro. | : | |
| | | : | |
| | Movants, | : | Document No. |
| v. | | : | |
| | | : | |
| | No Respondent. | : | |

**NOTICE OF CHANGE OF ADDRESS**

Undeliverable Address:

    Debtor Name: John J. Skaro and Karen A. Skaro

    Incorrect Mailing Address: 529 Brighton Place, Mechanicsburg, PA 17055

Corrected Address:

    Debtor Name: John J. Skaro and Karen A. Skaro

    Correct Mailing Address: 5052 West Kristina Loop, Lecanto, FL 34461

Date: November 30, 2017

s/Brian C. Thompson
Brian C. Thompson, Esquire
Attorney for Debtor(s)
PA ID No. 91197
THOMPSON LAW GROUP, P.C.
125 Warrendale-Bayne Rd., Suite 200
Warrendale, PA 15086
(724) 799-8404 Telephone
(724) 799-8409 Facsimile
bthompson@thompsonattorney.com