| | | |
|---|---|---|
| Label Matrix for local noticing<br>0315-2<br>Case 13-25225-TPA<br>WESTERN DISTRICT OF PENNSYLVANIA<br>Pittsburgh<br>Fri Dec  8 01:05:05 EST 2017 | U.S. Bankruptcy Court<br>5414 U.S. Steel Tower<br>600 Grant Street<br>Pittsburgh, PA 15219-2703 | ARP Associates, LLC<br>3175 Beechwood Drive<br>Allison Park, PA 15101-1159 |
| American Express<br>PO Box 981537<br>El Paso, TX 79998-1537 | American Express Bank, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | (p)BANK OF AMERICA<br>PO BOX 982238<br>EL PASO TX 79998-2238 |
| Bank of the West<br>2527 Camino Ramon<br>San Ramon, CA 94583-4213 | Brian W.  Jones<br>Executive Judgment Acquisition<br>4960 William Flynn Highway<br>Suite 6, #185<br>Allison Park, PA 15101-2354 | CIT Technology Financing Service, Inc.<br>PO Box 550559<br>Jacksonville, FL 32255 |
| Capital One<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Chase Bank<br>800 Brooksedge Blvd.<br>Westerville, OH 43081-2822 | DSNB/Macy's<br>PO Box 8218<br>Mason, OH 45040-8218 |
| (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | Edward B. Pritchard, Esquire<br>Kass Shuler, P.A.<br>PO Box 800<br>1505 N. Florida Avenue<br>Tampa, FL 33602-2654 | Eric D. Rosenberg, Esquire<br>Metz Lewis Bordman Must O'Kee<br>535 Smithfield St.<br>Suite 800<br>Pittsburgh, PA 15222-2305 |
| Fidelity Bank<br>PO Box 11136<br>Pittsburgh, PA 15237-0436 | Ford Motor Credit<br>PO Box 790119<br>Saint Louis, MO 63179-0119 | Ires II<br>133 Jefferson Road<br>Pittsburgh, PA 15235-3718 |
| JPMorgan Chase Bank<br>Bankruptcy Dept.<br>3415 Vision Drive<br>Columbus, OH 43219-6009 | KIA Motor Finance<br>PO Box 20815<br>Fountain Valley, CA 92728-0815 | Kia Motors Finance<br>PO Box 20825<br>Fountain Valley, CA 92728-0825 |
| McGrath & Associates<br>Three Gateway Center<br>401 Liberty Avenue, Suite 1375<br>Pittsburgh, PA 15222-1004 | Melissa Pirillo, Esquire<br>Baker Sanders LLC<br>100 Garden City Plaza, Suite 500<br>Garden City, NY 11530-3207 | Michael M. Simon<br>4344 Overhill Street<br>Bethel Park, PA 15102-1922 |
| Midland Funding<br>8875 Aero Dr. Ste. 200<br>San Diego, CA 92123-2255 | Office of the United States Trustee<br>Liberty Center.<br>1001 Liberty Avenue, Suite 970<br>Pittsburgh, PA 15222-3721 | PNC BANK<br>PO BOX 94982<br>CLEVELAND, OHIO 44101-4982 |
| PNC Bank<br>2730 Liberty Avenue<br>Pittsburgh, PA 15222-4747 | (p)PNC BANK<br>500 FIRST AVE P7-PFSC-02-F<br>PITTSBURGH PA 15219-3129 | Pride Acquisitions<br>c/o Baker Sanders LLC<br>100 Garden City Plaza, Ste. 500<br>Garden City, NY 11530-3207 |

| | | |
|---|---|---|
| Raymond M. Suarez, Esquire<br>Law Office of Yvonne Brown Wright PA<br>11555 Heron Bay Blvd., Ste. 200<br>Pompano Beach, FL 33076-3362 | (p)REMIT CORPORATION<br>P O BOX 7<br>BLOOMSBURG PA 17815-0007 | Small Business Administration<br>409 3rd Street SW<br>Washington, DC 20416-0005 |
| TBF Financial, LLC<br>740 Waukegan Rd., Suite 404<br>Deerfield, IL 60015-5505 | TCM Financial Services<br>PO Box 911138<br>Los Angeles, CA 90091-1138 | Brian C. Thompson<br>Thompson Law Group, P.C.<br>125 Warrendale-Bayne Road<br>Suite 200<br>Warrendale, PA 15086-6504 |
| Brian W. Jones<br>PMB 185<br>4960 Wm Flynn Highway<br>Ste 6<br>Allison Park, PA 15101-2354 | Francis J. Santorello<br>Santorello Real Estate<br>7883 Saltsburg Road<br>Pittsburgh, PA 15239-7703 | John J. Skaro<br>5052 West Kristina Loop<br>Lecanto, FL 34461-8588 |
| Karen A. Skaro<br>5052 West Kristina Loop<br>Lecanto, FL 34461-8588 | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219-2702 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Bank of America<br>PO Box 15019<br>Wilmington, DE 19886 | Department of the Treasury<br>Financial Management Service<br>PO Box 1686<br>Birmingham, AL 35201 | PNC Bank<br>500 First Avenue<br>Pittsburgh, PA 15219 |
| Remit Corporation<br>36 West Main Street<br>P.O. Box 7<br>Bloomsburg, PA 17815 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)BAYVIEW LOAN SERVICING, LLC | (u)JPMORGAN CHASE BANK, NATIONAL ASSOCIATION | (u)PNC Bank, National Association, Successor |

End of Label Matrix
Mailable recipients    40
Bypassed recipients     3
Total                  43