# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | Bankruptcy No. 13-25225-TPA |
| John J. Skaro, and | ) | |
| Karen A. Skaro, | ) | Chapter 13 |
| | ) | |
| Debtors. | ) | Document No. |
| _____ | ) | |
| Thompson Law Group, P.C., | ) | Related to Document No. |
| | ) | |
| Applicant, | ) | **Hearing date and time:** |
| vs. | ) | January 10, 2018 at 11:00 A.M. |
| | ) | |
| No Respondent. | ) | |

## ORDER OF COURT

**AND NOW,** the **APPLICATION OF THOMPSON LAW GROUP, P.C. FOR INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES AS COUNSEL FOR THE DEBTOR(S)** is approved for the total amount of **$15,008.00** for services rendered on behalf of the Debtor(s) for the period between December 17, 2013 through October 10, 2017, which represents $14,828.00 in fees and $180.00 in costs.

Date: _____          _____
                                                                       U.S. Bankruptcy Court Judge