|  |  |
|---|---|
| IN THE UNITED STATES BANKRUPTCY COURT<br>FOR THE WESTERN DISTRICT OF PENNSYLVANIA | FILED<br>12/11/17 2:47 pm<br>CLERK<br>U.S. BANKRUPTCY<br>COURT - WDPA |

IN RE:                                                         :
                                                               : Bankruptcy No.  13-25225-TPA
John J. Skaro & Karen A. Skaro
                                                               : Adversary No.
                                                               :
                                                               : Related to Docket No.  203
                                                               :
                                                               : Ordinary Request
                                                               :

# NOTICE OF TRANSCRIPT ORDER
# WITH COMPLETION DATE

Brian Jones has ordered transcript(s) for hearings held on the date(s) listed below:

   May 11, 2016

The transcript is being prepared by Writer's Cramp, Inc.  The estimated completion for this transcript is January 11, 2018.

                                                        Michael R. Rhodes, Clerk
                                                        United States Bankruptcy Court


Date: 12/11/2017                              By:          /s/Janet Heller
                                                               ECRO


#61-M