# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: John J. Skaro, and | : | Bankruptcy No. 13-25225-TPA |
| Karen A. Skaro, | : | Chapter 13 |
| | : | |
| Debtors. | : | Document No. |
| | : | |
| Thompson Law Group, P.C., | : | Related to Document No: 238, 239, |
| | : | and 241 |
| | : | |
| Applicant, | : | **Hearing date and time:** |
| vs. | : | January 18, 2018 at 11:00 A.M. |
| | : | |
| No Respondent. | : | |

## CERTIFICATION OF NO OBJECTION REGARDING AMENDED HEARING ON APPLICATION OF THOMPSON LAW GROUP, P.C. FOR COMPENSATION AND REIMBURSMENT OF EXPENSES AS COUNSEL FOR THE DEBTORS

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Application at Document 238 filed on December 6, 2017, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the Amended Hearing at Document 239, objections to the Application were to be filed and served no later than December 23, 2017.

It is hereby respectfully requested that the Order at Document 241 be entered by the Court.

Date: <u>December 26, 2017</u>

s/Brian C. Thompson
Brian C. Thompson, Esquire
PA ID: 91197
THOMPSON LAW GROUP, P.C.
125 Warrendale-Bayne Rd.
Suite 200
Warrendale, PA 15086
(724) 799-8404 Telephone
(724) 799-8409 Facsimile
bthompson@thompsonattorney.com