FILED
1/4/18 3:10 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | ) | Bankruptcy No. 13-25225 (TPA) |
| | **)** | |
| John J. Skaro | **)** | |
| Karen A. Skaro | ) | |
| | **)** | |
| *Debtor(s),* | ) | |
| | ) | |
| | **)** | |
| | ) | |
| | **)** | |
| | **)** | |

## NOTICE OF FILING OF TRANSCRIPT

Notice is hereby given that on **_4th_** *Day of **_January, 2018,_*** a transcript of a hearing held on *May 11, 2016* in the above-captioned case was filed at Document No. 246**.**

Pursuant to *W.PA.LBR 9037-1*, parties have seven (7) days to file with the Court a *Notice of Intent to Request Redaction,* available on the Forms page of the Court website: http://www.pawb.uscourts.gov/.

If no such *Notice* is filed, the transcript may be made electronically available to the public without redaction on the ninety-first (91st) day after the original transcript was filed.

Any party needing a copy of the transcript to review for redaction purposes may purchase a copy from the Court Reporter/Transcriber or view the document at the Clerk's Office public terminal.

The Court Reporter/Transcriber of the above-referenced proceeding is ***WRITER'S CRAMP, INC.,*** whose business telephone number is ***(609)588-8043*** and address is ***63 Dakota Drive, Hamilton, New Jersey, 08619***.

Michael Rhodes
Clerk, United States Bankruptcy Court

Dated:     January 4, 2018

United States Bankruptcy Court
Western District of Pennsylvania

In re:
John J. Skaro
Karen A. Skaro
    Debtors

Case No. 13-25225-TPA
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2    User: jhel    Page 1 of 1    Date Rcvd: Jan 04, 2018
                    Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 06, 2018.
cr             +Brian W. Jones,    PMB 185,    4960 Wm Flynn Highway,    Ste 6,    Allison Park, PA 15101-2354

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 06, 2018                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 4, 2018 at the address(es) listed below:
          Andrew F Gornall    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC agornall@goldbecklaw.com,
           bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
          Andrew F Gornall    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
           agornall@goldbecklaw.com,    bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
          Brett A. Solomon    on behalf of Creditor    PNC Bank, National Association, Successor by Merger to
           National City Bank bsolomon@tuckerlaw.com,
           agilbert@tuckerlaw.com;cabbott@tuckerlaw.com;dparanay@tuckerlaw.com
          Brian C. Thompson    on behalf of Plaintiff Karen A. Skaro bthompson@ThompsonAttorney.com,
           blemon@thompsonattorney.com;LMichaels@thompsonattorney.com;jwrzosek@thompsonattorney.com;ryandrli
           c@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@thompsonattorney.com
          Brian C. Thompson    on behalf of Plaintiff John J. Skaro bthompson@ThompsonAttorney.com,
           blemon@thompsonattorney.com;LMichaels@thompsonattorney.com;jwrzosek@thompsonattorney.com;ryandrli
           c@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@thompsonattorney.com
          Brian C. Thompson    on behalf of Debtor John J. Skaro bthompson@ThompsonAttorney.com,
           blemon@thompsonattorney.com;LMichaels@thompsonattorney.com;jwrzosek@thompsonattorney.com;ryandrli
           c@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@thompsonattorney.com
          Brian C. Thompson    on behalf of Joint Debtor Karen A. Skaro bthompson@ThompsonAttorney.com,
           blemon@thompsonattorney.com;LMichaels@thompsonattorney.com;jwrzosek@thompsonattorney.com;ryandrli
           c@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@thompsonattorney.com
          Christopher L. Borsani    on behalf of Creditor    PNC Bank, National Association, Successor by
           Merger to National City Bank cborsani@tuckerlaw.com,    clborsani82@gmail.com
          Donna M. Donaher    on behalf of Creditor    PNC Bank, National Association, Successor by Merger to
           National City Bank donaherd@fnb-corp.com
          James Warmbrodt    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC bkgroup@kmllawgroup.com
          Joshua I. Goldman    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC bkgroup@kmllawgroup.com
          Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour     cmecf@chapter13trusteewdpa.com
          Stanley A. Kirshenbaum    on behalf of Defendant Brian W. Jones SAK@SAKLAW.COM
                                                                                                                     TOTAL: 14