FILED
2/28/19 11:31 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| JOHN J. SKARO and<br>KAREN A. SKARO,<br>    *Debtors.* | : <br> : <br> : <br> : | Case No. 13-25225-TPA<br>Chapter 13 |
| JOHN J. SKARO and<br>KAREN A. SKARO,<br>    *Movants*<br>v.<br>BRIAN W. JONES<br>    *Respondent.* | : <br> : <br> : <br> : <br> : <br> : | Related to Doc. No. 265, 283 |

## ORDER

AND NOW, this **28th** day of **February, 2019**, for the reasons stated at the hearing held on February 27, 2019 on the *Debtors' Objection to Amended Proof of Claim No. 4* (Doc. 265) and *Response to Objection to Amended Proof of Claim* (Doc. 283), it is hereby **ORDERED**, **ADJUDGED** and **DECREED** that **on or before March 7, 2019** the Respondent shall file a *Brief* detailing his legal position, including supporting case law, as to the secured status of the vehicles at issue.

                                                          Thomas P. Agresti, Judge
                                                          United States Bankruptcy Court

Case administrator to serve:
    Brian Thompson, Esq.,
    Brian W. Jones
        4960 William Flynn Hwy.
        Suite 6, PMB 185
        Allison Park, PA 15101
    Ronda J. Winnecour, Esq.,
    Debtors

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
John J. Skaro  
Karen A. Skaro  
     Debtors

Case No. 13-25225-TPA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: jmar     Page 1 of 1     Date Rcvd: Mar 06, 2019  
                       Form ID: pdf900     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 08, 2019.  
db/jdb        +John J. Skaro,    Karen A. Skaro,    5052 West Kristina Loop,    Lecanto, FL 34461-8588  
cr            +Brian W. Jones,    PMB 185,    4960 Wm Flynn Highway,    Ste 6,    Allison Park, PA 15101-2354

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.       TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 08, 2019                                            Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 6, 2019 at the address(es) listed below:

         Andrew F Gornall    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC andygornall@latouflawfirm.com  
         Andrew F Gornall    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION andygornall@latouflawfirm.com  
         Brett A. Solomon    on behalf of Creditor    PNC Bank, National Association, Successor by Merger to National City Bank bsolomon@tuckerlaw.com, agilbert@tuckerlaw.com;cabbott@tuckerlaw.com;dparanay@tuckerlaw.com  
         Brian C. Thompson    on behalf of Joint Debtor Karen A. Skaro bthompson@ThompsonAttorney.com, blemon@thompsonattorney.com;mgillespie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@thompsonattorney.com  
         Brian C. Thompson    on behalf of Plaintiff Karen A. Skaro bthompson@ThompsonAttorney.com, blemon@thompsonattorney.com;mgillespie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@thompsonattorney.com  
         Brian C. Thompson    on behalf of Plaintiff John J. Skaro bthompson@ThompsonAttorney.com, blemon@thompsonattorney.com;mgillespie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@thompsonattorney.com  
         Brian C. Thompson    on behalf of Debtor John J. Skaro bthompson@ThompsonAttorney.com, blemon@thompsonattorney.com;mgillespie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@thompsonattorney.com  
         Christopher L. Borsani    on behalf of Creditor    PNC Bank, National Association, Successor by Merger to National City Bank cborsani@tuckerlaw.com,   clborsani82@gmail.com  
         Donna M. Donaher    on behalf of Creditor    PNC Bank, National Association, Successor by Merger to National City Bank donaherd@fnb-corp.com  
         James Warmbrodt    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC bkgroup@kmllawgroup.com  
         Joshua I. Goldman    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC bkgroup@kmllawgroup.com  
         Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
         Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
         Stanley A. Kirshenbaum    on behalf of Defendant Brian W. Jones SAK@SAKLAW.COM

                                                                                                  TOTAL: 14