## IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

In Re:

John J. Skaro, and
Karen A. Skaro,

    Debtors.

Thompson Law Group, P.C.,

    Applicant,

vs.

    No Respondent.

Bankruptcy No. 13-25225-TPA

Chapter 13

Document No.

Related to Document No.

**Hearing date and time:**
May 15, 2019 at 11:00 A.M.

### SUMMARY COVER SHEET AND NOTICE OF HEARING ON PROFESSIONAL FEES IN CHAPTER 13 ON BEHALF OF THOMPSON LAW GROUP, P.C.

To All Creditors and Parties in Interest:

1. Applicant represents John J. Skaro and Karen A. Skaro.

2. This is an interim application for the period December 7, 2017 through March 25, 2019.

3. Previous retainer paid to Applicant: $500.00.

4. Previous payment from sale of property allowed to Applicant: $1,500.00.

5. Previous interim compensation allowed to Applicant: $15,008.00.

6. Applicant requests additional:
   Compensation of $2,980.00
   Reimbursement of Expenses of $65.70

7. A hearing on the Application will be held in Courtroom C, 600 Grant Street, 54th Floor, Pittsburgh, PA 15219 before Judge Thomas P. Agresti on May 15, 2019 at 11:00 a.m.

8. Any written objections must be filed with the court and served on Applicant on or before April 11, 2019, i.e. no less than seventeen (17) days from the date of this notice plus an additional three days if served by mail). Copies of the application are available from the applicant.

Dated: <u>March 25, 2019</u>       /s/Brian C. Thompson
                                                   Brian C. Thompson, Esquire
                                                   PA ID No. 91197
                                                   THOMPSON LAW GROUP, P.C.
                                                   125 Warrendale-Bayne Road, Suite 200
                                                   Warrendale, PA 15086
                                                   (724) 799-8404
                                                   bthompson@thompsonattorney.com