IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| John J. Skaro | : | Case No.13-25225TPA |
| Karen A. Skaro | : | Chapter 13 |
|     Debtor(s) | : | |
| Thompson Law Group, P.C | : | |
| | : | Related to Document #302 |
|     Movant(s) | : | |
| | : | Hearing Date 5/15/2019 |
| vs. | : | |
| No Respondent Named | : | |

### TRUSTEE'S RESPONSE TO THE SECOND APPLICATION FOR INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES AS COUNSEL FOR THE DEBTOR

Ronda J. Winnecour, Chapter 13 Trustee, by her undersigned counsel, respectfully represents the following:

1. This case was filed on December 17, 2013.

2. Ronda J. Winnecour is the Standing Trustee in this case.

3. Counsel filed a fee application requesting additional fees in amount of $2,980.00 and costs of $65.70.

4. The Trustee does not question whether these fees were earned. However, this case is currently in month sixty-three and the debtor has ceased remitting payments. There are no funds within the plan base to pay the fees.

5. The Trustee would not object to debtors paying in additional funds or for the fees to be excepted from discharge.

WHEREFORE, the Trustee request that the Order granting Application of THOMPSON LAW GROUP, P.C. FOR INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES AS COUNSEL FOR THE DEBTOR be denied insofar as the requests seeks funds from the existing plan base.

                                                RONDA J. WINNECOUR,
                                                CHAPTER 13 TRUSTEE

Date:  04/03/19                    by     __/s/ Jana S. Pail_____
                                                Jana S. Pail - PA I.D. #88910
                                                Attorney for Trustee
                                                US Steel Tower – Suite 3250
                                                600 Grant St.
                                                Pittsburgh, PA  15219
                                                (412) 471-5566
                                                jpail@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:
John J. Skaro                                  :    Case No.13-25225TPA
Karen A. Skaro                                 :    Chapter 13
    Debtor(s)                  :
Thompson Law Group, P.C                        :
                                               :    Related to Document #302
    Movant(s)                  :
                                               :    Hearing Date 5/15/2019
vs.                                            :
No Respondent Named                            :

### CERTIFICATE OF SERVICE

I hereby certify that on the 3rd of April 2019, I served one true and correct copy of the foregoing document on the following parties in interest by United States first-class mail, postage prepaid, addressed as follows:

Joseph S. Sisca, Esquire
Assistant U.S. Trustee
Suite 970, Liberty Center
1001 Liberty Avenue
Pittsburgh PA.  15222

John and Karen Skaro
5052 West Kristina Loop
Lecanto FL 34461

Brian Thompson, Esquire
125 Warrendale Bayne Road
Suite 200
Warrendale PA 15086

    _/s/Dianne DeFoor_____
    Office of Chapter 13 Trustee
    US Steel Tower – Suite 3250
    600 Grant Street
    Pittsburgh, PA  15219
    (412) 471-5566
    cmecf@chapter13trusteewdpa.com