IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:                                 

| | | |
|---|---|---|
| John J. Skaro | : | Case No.13-25225TPA |
| Karen A. Skaro | : | Chapter 13 |
| Debtor(s) | : | |
| Thompson Law Group, P.C | : | |
| | : | Related to Document #305 |
| Movant(s) | : | |
| | : | Hearing Date 5/15/2019 |
| vs. | : | |
| No Respondent Named | : | |

### TRUSTEE'S  RESPONSE TO MOTION FOR ORDER DIRECTING TRUSTEE TO PAY THE ADMINISTRATIVE CLAIM OF THOMPSON LAW GROUP, P.C.

Ronda J. Winnecour, Chapter 13 Trustee, by her undersigned counsel, respectfully represents the following:

1.      This case was filed on December 17, 2013.

2.      Ronda J. Winnecour is the Standing Trustee in this case.

3.      Counsel filed a fee application requesting additional fees in amount of $2,980.00 and costs of $65.70.

4.      Counsel further seeks by way of Motion to cause the remaining funds within the existing plan base to be used to fund his additional fees.

4.      The Trustee does not question whether these fees were earned. However, this case is currently in month sixty-three and the debtor has ceased remitting payments. There are no funds within the plan base to pay the fees.

5.      The Trustee would not object to debtors paying in additional funds or for the fees to be excepted from discharge.

WHEREFORE, the Trustee requests that Court deny the Motion for Order Directing the Trustee to Pay Administrative Claim.

RONDA J. WINNECOUR,
CHAPTER 13 TRUSTEE

Date:  04/03/19                    by      /s/ Jana S. Pail
                                   Jana S. Pail - PA I.D. #88910
                                   Attorney for Trustee
                                   US Steel Tower – Suite 3250
                                   600 Grant St.
                                   Pittsburgh, PA  15219
                                   (412) 471-5566
                                   jpail@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:                                                      :
John J. Skaro                                          :        Case No.13-25225TPA
Karen A. Skaro                                       :        Chapter 13
       Debtor(s)                              :
Thompson Law Group, P.C                     :
                              :        Related to Document #305
       Movant(s)                              :
                              :        Hearing Date 5/15/2019
       vs.                                        :
No Respondent Named                         :

<u>CERTIFICATE OF SERVICE</u>

      I hereby certify that on the 3rd of April 2019, I served one true and correct copy of the foregoing document on the following parties in interest by United States first-class mail, postage prepaid, addressed as follows:

Joseph S. Sisca, Esquire
Assistant U.S. Trustee
Suite 970, Liberty Center
1001 Liberty Avenue
Pittsburgh PA.  15222

John and Karen Skaro
5052 West Kristina Loop
Lecanto FL 34461

Brian Thompson, Esquire
125 Warrendale Bayne Road
Suite 200
Warrendale PA 15086

                       _/s/Dianne DeFoor_____
                       Office of Chapter 13 Trustee
                       US Steel Tower – Suite 3250
                       600 Grant Street
                       Pittsburgh, PA  15219
                       (412) 471-5566
                       cmecf@chapter13trusteewdpa.com