# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| CASE NAME | John J. Skaro and Karen A. Skaro |
|---|---|
| CASE NO. | 13-25225-TPA |
| RELATED TO DOCUMENT NO. | Interrogatories, Request for Production of Documents, and Certificate of Service |

## NOTICE REGARDING
## NONCONFORMING DOCUMENT

The Requests for Documents and Interrogatories, as well as the Certificate of Service that you submitted have been accepted for filing. However, this document fails to conform to the Bankruptcy Code, Federal Rules of Bankruptcy Procedure, and/or Local Bankruptcy Rules.

You must file Amended versions of these documents within ten (10) days of the date of this notice, correcting the following:

(1) All pleadings must have a complete caption naming the Debtor(s), Movant(s), and any Respondent(s) in accordance with W.PA.LBR 9004-1.
(2) Filer contact information, including an address and phone number, must be listed below the signature lines on all pleadings.

**Please attach a copy of this Notice to the front of the Amended Requests for Production of Documents and Certificate of Service that is filed in response to this Notice.**

|  |  |
|---|---|
| _____May 9, 2019_____ | By: _____/s/Melissa Guthrie_____ |
| Date | Deputy Clerk |

#106c-I

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
John J. Skaro  
Karen A. Skaro  
    Debtors

Case No. 13-25225-TPA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: culy      Page 1 of 1      Date Rcvd: May 09, 2019  
                           Form ID: pdf901     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 11, 2019.
```
cr            +Brian W. Jones,    PMB 185,    4960 Wm Flynn Highway,    Ste 6,    Allison Park, PA 15101-2354
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 11, 2019                                                Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 9, 2019 at the address(es) listed below:
```
              Andrew F Gornall    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC
               andygornall@latouflawfirm.com
              Andrew F Gornall    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               andygornall@latouflawfirm.com
              Brett A. Solomon    on behalf of Creditor    PNC Bank, National Association, Successor by Merger to
               National City Bank bsolomon@tuckerlaw.com,
               agilbert@tuckerlaw.com;cabbott@tuckerlaw.com;dparanay@tuckerlaw.com
              Brian C. Thompson    on behalf of Plaintiff Karen A. Skaro bthompson@ThompsonAttorney.com,
               blemon@thompsonattorney.com;mgillespie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@t
               hompsonattorney.com
              Brian C. Thompson    on behalf of Plaintiff John J. Skaro bthompson@ThompsonAttorney.com,
               blemon@thompsonattorney.com;mgillespie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@t
               hompsonattorney.com
              Brian C. Thompson    on behalf of Debtor John J. Skaro bthompson@ThompsonAttorney.com,
               blemon@thompsonattorney.com;mgillespie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@t
               hompsonattorney.com
              Brian C. Thompson    on behalf of Joint Debtor Karen A. Skaro bthompson@ThompsonAttorney.com,
               blemon@thompsonattorney.com;mgillespie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@t
               hompsonattorney.com
              Christopher L. Borsani    on behalf of Creditor    PNC Bank, National Association, Successor by
               Merger to National City Bank cborsani@tuckerlaw.com,    clborsani82@gmail.com
              Donna M. Donaher    on behalf of Creditor    PNC Bank, National Association, Successor by Merger to
               National City Bank donaherd@fnb-corp.com
              James  Warmbrodt    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC bkgroup@kmllawgroup.com
              Joshua I. Goldman    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              Stanley A. Kirshenbaum    on behalf of Defendant Brian W. Jones SAK@SAKLAW.COM
                                                                                             TOTAL: 14
```