Case 13-25225-TPA    Doc 320    Filed 05/16/19    Entered 05/16/19 10:47:43    Desc Main
Document    Page 1 of 1

FILED
5/16/19 10:39 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Case No.: 13-25225-TPA |
| John J. Skaro | : | Chapter: 13 |
| Karen A. Skaro | : | |
| *Debtor(s).* | : | Date: 5/15/2019 |
| | : | Time: 11:00 |

## PROCEEDING MEMO

**MATTER:**  #302 Fee Appl. (Thompson)
           #310 Resp. by Trustee

**APPEARANCES:**
   Debtor:   Brian C. Thompson
   Trustee:  Jana Pail

**NOTES:**

Thompson:   Objection to claim is sustained. There should be funds available.

Katz:       No objection to paying fees provided funds are available.

**OUTCOME:**   GRANTED assuming funds are available. MOE

jlm