Case 13-25225-TPA    Doc 321    Filed 05/16/19    Entered 05/16/19 10:50:27    Desc Main
Document      Page 1 of 1

FILED
5/16/19 10:49 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Case No.: 13-25225-TPA |
| | : | |
| John J. Skaro | : | Chapter: 13 |
| Karen A. Skaro | : | |
| *Debtor(s)*. | : | |
| | : | Date: 5/15/2019 |
| | : | Time: 11:00 |

## PROCEEDING MEMO

**MATTER:**   #305 Motion for Order Directing Trustee to Pay Admin. Claim
   #311 Resp. by Trustee

**APPEARANCES:**
   Debtor:   Brian C. Thompson
   Trustee:   Owen Katz

**NOTES:**

**OUTCOME:**   GRANTED / payable assuming funds are available / MOE

*[signature]*

jlm