FILED
5/16/19 12:43 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | ) | Bankruptcy No. 13-25225-TPA |
| John J. Skaro, and | ) | |
| Karen A. Skaro, | ) | Chapter 13 |
| | ) | |
| Debtors. | ) | Document No. |
| | ) | |
| Thompson Law Group, P.C., | ) | Related to Document No. 302 |
| | ) | |
| Applicant, | ) | **Hearing date and time:** |
| vs. | ) | May 15, 2019 at 11:00 A.M. |
| | ) | |
| No Respondent. | ) | |

## ORDER OF COURT

AND NOW, the **SECOND APPLICATION OF THOMPSON LAW GROUP, P.C. FOR INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES AS COUNSEL FOR THE DEBTOR(S)** is approved for the total amount of **$3,045.70** for services rendered on behalf of the Debtor(s) for the period between December 7, 2017 through March 25, 2019, which represents $2,980.00 in fees and $65.70 in costs.

A prior Order of Court dated December 28, 2017 awarded fees and costs to Applicant in the amount of $15,008.00, *payable as money funds are available*

Date: May 15, 2019

U.S. Bankruptcy Court Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                              Case No. 13-25225-TPA
John J. Skaro                                                       Chapter 13
Karen A. Skaro
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2           User: dkam              Page 1 of 1              Date Rcvd: May 16, 2019
                               Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 18, 2019.
db/jdb         +John J. Skaro,    Karen A. Skaro,    5052 West Kristina Loop,    Lecanto, FL 34461-8588

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 18, 2019                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 16, 2019 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC
               andygornall@latouflawfirm.com
              Andrew F Gornall    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               andygornall@latouflawfirm.com
              Brett A. Solomon    on behalf of Creditor    PNC Bank, National Association, Successor by Merger to
               National City Bank bsolomon@tuckerlaw.com,
               agilbert@tuckerlaw.com;cabbott@tuckerlaw.com;dparanay@tuckerlaw.com
              Brian C. Thompson    on behalf of Joint Debtor Karen A. Skaro bthompson@ThompsonAttorney.com,
               blemon@thompsonattorney.com;mgillespie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@t
               hompsonattorney.com
              Brian C. Thompson    on behalf of Plaintiff Karen A. Skaro bthompson@ThompsonAttorney.com,
               blemon@thompsonattorney.com;mgillespie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@t
               hompsonattorney.com
              Brian C. Thompson    on behalf of Plaintiff John J. Skaro bthompson@ThompsonAttorney.com,
               blemon@thompsonattorney.com;mgillespie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@t
               hompsonattorney.com
              Brian C. Thompson    on behalf of Debtor John J. Skaro bthompson@ThompsonAttorney.com,
               blemon@thompsonattorney.com;mgillespie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@t
               hompsonattorney.com
              Christopher L. Borsani    on behalf of Creditor    PNC Bank, National Association, Successor by
               Merger to National City Bank cborsani@tuckerlaw.com,    clborsani82@gmail.com
              Donna M. Donaher    on behalf of Creditor    PNC Bank, National Association, Successor by Merger to
               National City Bank donaherd@fnb-corp.com
              James Warmbrodt    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC bkgroup@kmllawgroup.com
              Joshua I. Goldman    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              Stanley A. Kirshenbaum    on behalf of Defendant Brian W. Jones SAK@SAKLAW.COM
                                                                                              TOTAL: 14