## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Case No.: 13-25225-TPA |
| John J. Skaro | : | Chapter: 13 |
| Karen A. Skaro | : | |
| *Debtor(s).* | : | |
| | : | Date: 5/30/2019 |
| | : | Time: 11:00 |

### PROCEEDING MEMO

**MATTER:**   #330 Motion to Ext. Time of Discovery and File Dispositive Motions
   #332 Resp. by Debtors

**APPEARANCES:**
   Debtor:   Brent Lemon
   Trustee:   Ronda J. Winnecour
   Brian W. Jones:   Pro Se

**NOTES:**

Jones:   I sent discovery requests and did not receive responses. I do not have appraisals. I was trying to coordinate with the Debtors.

Lemon:   We have not yet responded to discovery requests. We are asking the Court to stay this action pending the adversary case. We did not issue any discovery.

Court:   Will give the Debtor two weeks to respond to the requests.

**OUTCOME:**   GRANTED / MOE

jlm