FILED
5/31/19 2:45 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
JOHN J. SKARO and               :        Case No. 13-25225-TPA
KAREN A. SKARO,                 :        Chapter 13
    *Debtors.*                  :
JOHN J. SKARO and               :        Related to Doc. No. 255, 265, 279,
KAREN A. SKARO,                 :        312, 329, 330
    *Movants,*                  :
    v.                          :
BRIAN W. JONES,                 :
    *Respondent.*               :

## ORDER

*AND NOW,* this *31ˢᵗ* day of *May, 2019*, for the reasons stated at the hearing held on May 30, 2019, it is hereby **ORDERED, ADJUDGED,** and **DECREED** that:

(1)    The ***Motion for Enlargement of Time of Discovery and to File Dispositive Motions*** (Doc. 330) is ***GRANTED in part,*** and ***on or before June 14, 2019*** the Debtors shall respond to all discovery requests of Brian W. Jones.

(2)    The ***Pre-Trial Scheduling Order*** (Doc. 312) remains in full force and effect.

(3)    The ***Respondent Brian W. Jones' Request for Production of Documents to Movants, John Skaro and Karen Skaro*** (Doc. 329) is ***STRICKEN*** as pursuant to *Fed.R.Bankr.Proc. 7005(d)(1)(A)* discovery requests, including interrogatories and requests for production, must not to be filed of record until they are used in the proceeding or the Court orders them to be filed.

Thomas P. Agresti, Judge
United States Bankruptcy Court

Case administrator to serve:
    Brian Thompson, Esq.
    Brian W. Jones, 4960 Wm. Flynn Hwy., Suite 6, #185, Allison Park, PA 15101
    Robert Lampl, Esq.
    U.S. Trustee
    Debtor

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                Case No. 13-25225-TPA
John J. Skaro                                                         Chapter 13
Karen A. Skaro
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0315-2            User: culy            Page 1 of 1            Date Rcvd: May 31, 2019
                               Form ID: pdf900       Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 02, 2019.
db/jdb      +John J. Skaro,    Karen A. Skaro,    5052 West Kristina Loop,    Lecanto, FL 34461-8588
cr          +Brian W. Jones,    PMB 185,    4960 Wm Flynn Highway,    Ste 6,    Allison Park, PA 15101-2354
            +Brian W. Jones,    4960 Wm.Flynn Hwy.,Ste.6, #185,    Allison Park,, PA 15101-2354
            +Robert O Lampl, Esq.,    223 Fourth Ave., 4th Fl,    Pittsburgh, PA 15222-1713

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 02, 2019                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 31, 2019 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
              andygornall@latouflawfirm.com
              Andrew F Gornall    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC
              andygornall@latouflawfirm.com
              Brett A. Solomon    on behalf of Creditor    PNC Bank, National Association, Successor by Merger to
              National City Bank bsolomon@tuckerlaw.com,
              agilbert@tuckerlaw.com;cabbott@tuckerlaw.com;dparanay@tuckerlaw.com
              Brian C. Thompson    on behalf of Joint Debtor Karen A. Skaro bthompson@ThompsonAttorney.com,
              blemon@thompsonattorney.com;mgillespie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@t
              hompsonattorney.com
              Brian C. Thompson    on behalf of Plaintiff Karen A. Skaro bthompson@ThompsonAttorney.com,
              blemon@thompsonattorney.com;mgillespie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@t
              hompsonattorney.com
              Brian C. Thompson    on behalf of Plaintiff John J. Skaro bthompson@ThompsonAttorney.com,
              blemon@thompsonattorney.com;mgillespie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@t
              hompsonattorney.com
              Brian C. Thompson    on behalf of Debtor John J. Skaro bthompson@ThompsonAttorney.com,
              blemon@thompsonattorney.com;mgillespie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@t
              hompsonattorney.com
              Christopher L. Borsani    on behalf of Creditor    PNC Bank, National Association, Successor by
              Merger to National City Bank cborsani@tuckerlaw.com,  clborsani82@gmail.com
              Donna M. Donaher    on behalf of Creditor    PNC Bank, National Association, Successor by Merger to
              National City Bank donaherd@fnb-corp.com
              James Warmbrodt    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC bkgroup@kmllawgroup.com
              Joshua I. Goldman    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              Stanley A. Kirshenbaum    on behalf of Defendant Brian W. Jones SAK@SAKLAW.COM
                                                                                    TOTAL: 14