FILED
6/26/19 10:46 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| JOHN J. SKARO and | : | Case No. 13-25225 TPA |
| KAREN A. SKARO | : | Chapter 13 |
| *Debtor* | : | |
| | : | |
| JOHN J. SKARO and | : | Related to Document No. 336 |
| KAREN A. SKARO | : | |
| *Movants* | : | |
| v. | : | |
| BRIAN W. JONES | : | |
| *Respondent* | : | |

### ORDER

*AND NOW*, this **26th** day of **June, 2019,** in light of the filing of the *Pretrial Statement* filed at Document No. 338, the ***Order to Show Cause*** at Document No. 336 scheduling a hearing to show cause for failure of Debtors' Counsel to comply with Court Order dated April 4, 2019 is ***VACATED*** and the July 12, 2019 hearing is ***CANCELLED***.

_____vas
Thomas P. Agresti, Judge
United States Bankruptcy Court

Case Administrator to serve:
    Brian C. Thompson, Esq.
    Brian W. Jones
    Ronda J. Winnecour, Esq.
    Debtors

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
John J. Skaro  
Karen A. Skaro  
    Debtors

Case No. 13-25225-TPA  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2     User: culy     Page 1 of 1     Date Rcvd: Jun 26, 2019  
                Form ID: pdf900     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 28, 2019.  
db/jdb      +John J. Skaro,   Karen A. Skaro,   5052 West Kristina Loop,   Lecanto, FL 34461-8588  
cr         +Brian W. Jones,   PMB 185,   4960 Wm Flynn Highway,   Ste 6,   Allison Park, PA 15101-2354

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                        TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 28, 2019                                                           Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 26, 2019 at the address(es) listed below:

        Andrew F Gornall    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC andygornall@latouflawfirm.com  
        Andrew F Gornall    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION andygornall@latouflawfirm.com  
        Brett A. Solomon    on behalf of Creditor    PNC Bank, National Association, Successor by Merger to National City Bank bsolomon@tuckerlaw.com, agilbert@tuckerlaw.com;cabbott@tuckerlaw.com;dparanay@tuckerlaw.com  
        Brian C. Thompson    on behalf of Joint Debtor Karen A. Skaro bthompson@ThompsonAttorney.com, blemon@thompsonattorney.com;mgillespie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@thompsonattorney.com  
        Brian C. Thompson    on behalf of Plaintiff Karen A. Skaro bthompson@ThompsonAttorney.com, blemon@thompsonattorney.com;mgillespie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@thompsonattorney.com  
        Brian C. Thompson    on behalf of Plaintiff John J. Skaro bthompson@ThompsonAttorney.com, blemon@thompsonattorney.com;mgillespie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@thompsonattorney.com  
        Brian C. Thompson    on behalf of Debtor John J. Skaro bthompson@ThompsonAttorney.com, blemon@thompsonattorney.com;mgillespie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@thompsonattorney.com  
        Christopher L. Borsani    on behalf of Creditor    PNC Bank, National Association, Successor by Merger to National City Bank cborsani@tuckerlaw.com, clborsani82@gmail.com  
        Donna M. Donaher    on behalf of Creditor    PNC Bank, National Association, Successor by Merger to National City Bank donaherd@fnb-corp.com  
        James Warmbrodt    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC bkgroup@kmllawgroup.com  
        Joshua I. Goldman    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC bkgroup@kmllawgroup.com  
        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
        Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
        Stanley A. Kirshenbaum    on behalf of Defendant Brian W. Jones SAK@SAKLAW.COM  
                                                                                                     TOTAL: 14