FILED
7/8/19 1:56 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| JOHN J. SKARO | : | Case No. 13-25225 TPA |
| KAREN A. SKARO | : | Chapter 13 |
| *Debtors* | : | |
| | : | |
| JOHN J. SKARO | : | |
| KAREN A. SKARO | : | |
| *Movants* | : | |
| | : | |
| v. | : | Related to Document No. 312 |
| | : | |
| BRIAN W. JONES | : | |
| *Respondent* | : | Hearing: July 12, 2019 at 10:30 A.M. |

## ORDER TO SHOW CAUSE

On April 4, 2019, the Court entered its *Pretrial Scheduling Order* at Doc. No. 312 ("PTSO") requiring the Debtors to file their Pretrial Statement on or before June 2, 2019; the Respondent to file his Pretrial Statement on or before June 17, 2019 and the Consolidated Pretrial Statement to be filed on or before July 1, 2019. Much to the disappointment of the Court, the Respondent has yet to file the required Pretrial Statement and the Debtors have yet to file the Consolidated Pretrial Statement. This is not the way the system is designed to work.

At the conclusion of discovery, the party with the burden of proof, here the Debtors, are required to summarize their claim through presentation of a narrative statement providing discrete information as to witnesses, exhibits, theory of case, and stipulations offered to streamline trial of the matter. From here, the party with only the burden of going forward can then analyze the

1

Debtors' case and determine what, if anything, it must produce in meeting its burden. Finally, the parties meet and confer to consolidate their narratives, all with an eye toward streamlining the case for purposes of the final pretrial hearing and ultimately trial of the case. When one party fails to meet its responsibilities regarding this "waterfall" of duties, the entire pretrial dynamic is frustrated and the process is stymied. Here, not only did the Respondent fail to execute his duty to the Court by missing the June 17, 2019 filing deadline for his Pretrial Narrative Statement and both Parties missing the July 1, 2019 filing deadline for their Consolidated Pretrial Statement, but the Respondent has now jeopardized the "smooth flow" of the entire pretrial process since the Defendant's failure to timely act also frustrates the ability of the Parties to timely file the Consolidated Pretrial Statement which was due on July 1, 2019.

*AND NOW*, this **8th** day of ***July, 2019***, for the reasons stated above, the Respondent and Debtors having failed to comply with the applicable pretrial scheduling order in relevant part, i.e., failure to timely file documents, that is:

(4)  ***On or before June 17, 2019,*** Respondents' portion of the Pretrial Statement shall be finalized and served on all Parties with a copy filed with the Court. The Parties shall then meet and prepare a Consolidated Pretrial Statement. ***On or before July 1, 2019,*** Debtors shall file with the Court the completed and Consolidated Pretrial Statement signed by all Parties.

It is therefor **ORDERED, ADJUDGED and DECREED** that an **Order to Show Cause** is issued against **Brian Thompson, Esq.** and **Brian W. Jones** to **personally** appear and show cause as to why he should not be sanctioned, in the form of a monetary sanction and/or being precluded from offering testimony regarding the subject matter of the documents not filed, for

2

failure to comply with this Court's *Order* dated April 4, 2019. A hearing shall take place on *July 12, 2019* at *10:30 A.M.* in the Courtroom "C", 54th Floor, U.S. Steel Tower, Pittsburgh, Pennsylvania. In the event Counsel properly complies with the prior *Order* as indicated above, by filing the required documents on or before *July 11, 2019*, the hearing scheduled above *may* be cancelled.

_____  jlm
Thomas P. Agresti, Judge
United States Bankruptcy Court

Case Administrator to serve:
    Brian Thompson, Esq.
    Brian W. Jones
    Ronda J. Winnecour, Esq.
    Debtors

3

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                 Case No. 13-25225-TPA
John J. Skaro                                                          Chapter 13
Karen A. Skaro
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: culy                  Page 1 of 1              Date Rcvd: Jul 08, 2019
                              Form ID: pdf900             Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 10, 2019.
db/jdb         +John J. Skaro,    Karen A. Skaro,    5052 West Kristina Loop,    Lecanto, FL 34461-8588
cr             +Brian W. Jones,    PMB 185,    4960 Wm Flynn Highway,    Ste 6,    Allison Park, PA 15101-2354

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 10, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 8, 2019 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC
               andygornall@latouflawfirm.com
              Andrew F Gornall    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               andygornall@latouflawfirm.com
              Brett A. Solomon    on behalf of Creditor    PNC Bank, National Association, Successor by Merger to
               National City Bank bsolomon@tuckerlaw.com,
               agilbert@tuckerlaw.com;cabbott@tuckerlaw.com;dparanay@tuckerlaw.com
              Brian C. Thompson    on behalf of Joint Debtor Karen A. Skaro bthompson@ThompsonAttorney.com,
               blemon@thompsonattorney.com;mgillespie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@t
               hompsonattorney.com
              Brian C. Thompson    on behalf of Plaintiff Karen A. Skaro bthompson@ThompsonAttorney.com,
               blemon@thompsonattorney.com;mgillespie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@t
               hompsonattorney.com
              Brian C. Thompson    on behalf of Plaintiff John J. Skaro bthompson@ThompsonAttorney.com,
               blemon@thompsonattorney.com;mgillespie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@t
               hompsonattorney.com
              Brian C. Thompson    on behalf of Debtor John J. Skaro bthompson@ThompsonAttorney.com,
               blemon@thompsonattorney.com;mgillespie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@t
               hompsonattorney.com
              Christopher L. Borsani    on behalf of Creditor    PNC Bank, National Association, Successor by
               Merger to National City Bank cborsani@tuckerlaw.com,    clborsani82@gmail.com
              Donna M. Donaher    on behalf of Creditor    PNC Bank, National Association, Successor by Merger to
               National City Bank donaherd@fnb-corp.com
              James Warmbrodt    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC bkgroup@kmllawgroup.com
              Joshua I. Goldman    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              Stanley A. Kirshenbaum    on behalf of Defendant Brian W. Jones SAK@SAKLAW.COM
                                                                                             TOTAL: 14