FILED
7/15/19 10:07 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 13-25225-TPA |
| | : | | |
| John J. Skaro | : | Chapter: | 13 |
| Karen A. Skaro | : | | |
| *Debtor(s).* | : | | |
| | : | Date: | 7/12/2019 |
| | : | Time: | 10:30 |

## PROCEEDING MEMO

**_MATTER:_**    #345 Order to Show Cause for failure to file Pretrial Statement and Consolidated Pretrial Statement
   ***(Brian Thompson, Esq. and Brian W. Jones to personally appear)***

**_APPEARANCES:_**

| | |
|---|---|
| Debtor: | Brian C. Thompson |
| Trustee: | Jana Pail |
| Brian W. Jones: | Pro Se |

**_NOTES:_**

Jones:    We have agreed to value of the vehicles.  I'm ready to be done with this matter.  Correct, adversary would be withdrawn.

Thompson:    Amended Schedule B & C and amended exemptions.

**_OUTCOME:_**    OTSC is vacated

jlm