FILED
7/19/19 12:47 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: John J. Skaro, | : | Case No. 13-25225-TPA |
| Karen A. Skaro, | : | |
| Debtors. | : | |
| | : | Chapter 13 |
| John J. Skaro, | : | |
| Karen A. Skaro, | : | |
| Movants, | : | Rel. Doc. 312, 265, 279 , 347 |
| v. | : | |
| | : | Hearing Date: 07/15/2019, 10 a.m. |
| Brian W. Jones, | : | |
| Respondent. | : | |

### ORDER

AND NOW this _____19th_____ day of _____July_____, 2019, upon the consent and agreement of the parties, the following facts are stipulated to:

1. The 2019 value of the 1966 Ford Galaxy is $7,500.

2. The 2019 value of the 1971 Chevrolet Malibu is $9,000.

BY: _____, J.
jlm

1

United States Bankruptcy Court
Western District of Pennsylvania

In re:
John J. Skaro
Karen A. Skaro
    Debtors

Case No. 13-25225-TPA
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2　　User: jmar　　Page 1 of 1　　Date Rcvd: Jul 19, 2019
　　　　　　　　　　　　Form ID: pdf900　　Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 21, 2019.
cr　　　　　　+Brian W. Jones,　 PMB 185,　 4960 Wm Flynn Highway,　 Ste 6,　 Allison Park, PA 15101-2354

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 21, 2019　　　　　　　　　　　　　　　　　Signature:　/s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 19, 2019 at the address(es) listed below:
     Andrew F Gornall　　on behalf of Creditor　BAYVIEW LOAN SERVICING, LLC
      andygornall@latouflawfirm.com
     Andrew F Gornall　　on behalf of Creditor　JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
      andygornall@latouflawfirm.com
     Brett A. Solomon　　on behalf of Creditor　PNC Bank, National Association, Successor by Merger to
      National City Bank bsolomon@tuckerlaw.com,
      agilbert@tuckerlaw.com;cabbott@tuckerlaw.com;dparanay@tuckerlaw.com
     Brian C. Thompson　　on behalf of Plaintiff Karen A. Skaro bthompson@ThompsonAttorney.com,
      blemon@thompsonattorney.com;mgillespie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@thompsonattorney.com
     Brian C. Thompson　　on behalf of Plaintiff John J. Skaro bthompson@ThompsonAttorney.com,
      blemon@thompsonattorney.com;mgillespie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@thompsonattorney.com
     Brian C. Thompson　　on behalf of Debtor John J. Skaro bthompson@ThompsonAttorney.com,
      blemon@thompsonattorney.com;mgillespie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@thompsonattorney.com
     Brian C. Thompson　　on behalf of Joint Debtor Karen A. Skaro bthompson@ThompsonAttorney.com,
      blemon@thompsonattorney.com;mgillespie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@thompsonattorney.com
     Christopher L. Borsani　　on behalf of Creditor　PNC Bank, National Association, Successor by
      Merger to National City Bank cborsani@tuckerlaw.com,　clborsani82@gmail.com
     Donna M. Donaher　　on behalf of Creditor　PNC Bank, National Association, Successor by Merger to
      National City Bank donaherd@fnb-corp.com
     James　Warmbrodt　　on behalf of Creditor　BAYVIEW LOAN SERVICING, LLC bkgroup@kmllawgroup.com
     Joshua I. Goldman　　on behalf of Creditor　BAYVIEW LOAN SERVICING, LLC bkgroup@kmllawgroup.com
     Office of the United States Trustee　　ustpregion03.pi.ecf@usdoj.gov
     Ronda J. Winnecour　　cmecf@chapter13trusteewdpa.com
     Stanley A. Kirshenbaum　　on behalf of Defendant Brian W. Jones SAK@SAKLAW.COM
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 14