FILED
7/19/19 1:01 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| JOHN J. SKARO and | : | Case No. 13-25225 TPA |
| KAREN A. SKARO | : | Chapter 13 |
| *Debtor* | : | |
| | : | |
| JOHN J. SKARO and | : | Related to Document No. 345 |
| KAREN A. SKARO | : | |
| *Movants* | : | |
| | : | |
| v. | : | |
| | : | |
| BRIAN W. JONES | : | |
| *Respondent* | : | |

### ORDER

**AND NOW**, this **19th** day of **July, 2019**, for the reasons stated at the hearing held on July 12, 2019 on the **Order to Show Cause** (Doc. No. 345) issued as a result of the Debtors' failure to file the *Pretrial Statement* and *Consolidated Pretrial Statement*, it is hereby **ORDERED, ADJUDGED** and **DECREED** that the *Order to Show Cause* is hereby **VACATED**.

Thomas P. Agresti, Judge
United States Bankruptcy Court

jlm

Case Administrator to serve:
    Brian C. Thompson, Esq.
    Brian W. Jones
    Ronda J. Winnecour, Esq.
    Debtors

United States Bankruptcy Court
Western District of Pennsylvania

In re:
John J. Skaro
Karen A. Skaro
    Debtors

Case No. 13-25225-TPA
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: jmar     Page 1 of 1     Date Rcvd: Jul 19, 2019
                         Form ID: pdf900    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 21, 2019.
db/jdb        +John J. Skaro,    Karen A. Skaro,    5052 West Kristina Loop,    Lecanto, FL 34461-8588
cr            +Brian W. Jones,    PMB 185,    4960 Wm Flynn Highway,    Ste 6,    Allison Park, PA 15101-2354

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.     TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 21, 2019                      Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 19, 2019 at the address(es) listed below:
           Andrew F Gornall    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC andygornall@latouflawfirm.com
           Andrew F Gornall    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION andygornall@latouflawfirm.com
           Brett A. Solomon    on behalf of Creditor    PNC Bank, National Association, Successor by Merger to National City Bank bsolomon@tuckerlaw.com,
       agilbert@tuckerlaw.com;cabbott@tuckerlaw.com;dparanay@tuckerlaw.com
           Brian C. Thompson    on behalf of Joint Debtor Karen A. Skaro bthompson@ThompsonAttorney.com,
       blemon@thompsonattorney.com;mgillespie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@thompsonattorney.com
           Brian C. Thompson    on behalf of Plaintiff Karen A. Skaro bthompson@ThompsonAttorney.com,
       blemon@thompsonattorney.com;mgillespie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@thompsonattorney.com
           Brian C. Thompson    on behalf of Plaintiff John J. Skaro bthompson@ThompsonAttorney.com,
       blemon@thompsonattorney.com;mgillespie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@thompsonattorney.com
           Brian C. Thompson    on behalf of Debtor John J. Skaro bthompson@ThompsonAttorney.com,
       blemon@thompsonattorney.com;mgillespie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@thompsonattorney.com
           Christopher L. Borsani    on behalf of Creditor    PNC Bank, National Association, Successor by Merger to National City Bank cborsani@tuckerlaw.com,    clborsani82@gmail.com
           Donna M. Donaher    on behalf of Creditor    PNC Bank, National Association, Successor by Merger to National City Bank donaherd@fnb-corp.com
           James Warmbrodt    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC bkgroup@kmllawgroup.com
           Joshua I. Goldman    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC bkgroup@kmllawgroup.com
           Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
           Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
           Stanley A. Kirshenbaum    on behalf of Defendant Brian W. Jones SAK@SAKLAW.COM
           TOTAL: 14