# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: John J. Skaro, and Karen A. Skaro, | : | Bankruptcy Case No.: 13-25225-TPA |
| | : | Chapter 13 |
| Debtors. | : | |
| John J. Skaro, and Karen A. Skaro, | : | Document No.: |
| Movants, | : | Related to Document No.: |
| v. | : | |
| No Respondents, | : | |
| Respondent. | : | |

## DEBTORS' CERTIFICATION OF DISCHARGE ELIGIBILITY

1. The Debtors have made all payments required by the Chapter 13 Plan.

2. The Debtors are **not** required to pay any Domestic Support Obligations

3. The Debtors are entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtors have not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtor ineligible for a discharge.

4. On <u>March 12, 2014</u> at docket numbers <u>40</u> and <u>41</u> Debtors complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certification of Completion of Postpetition Instructional Course in Personal Financial Management*, with the *Certificate of Completion* attached to the form.

    This Certification is being signed under penalty of perjury by Debtors*:* Debtors carefully examined and understands each of the Bankruptcy Code sections referenced in this Certification.

Dated: August 5, 2019                             /s/John J. Skaro, Debtor
                                                  John J. Skaro, Debtor

Dated: August 5, 2019                             /s/Karen A. Skaro, Debtor
                                                  Karen A. Skaro, Debtor

                                                  Respectfully submitted,

Dated: August 5, 2019                             /s/Brian C. Thompson, Esquire
                                                  Brian C. Thompson
                                                  PA ID: 91197
                                                  Thompson Law Group, P.C.
                                                  125 Warrendale Bayne Road, Suite 200
                                                  Warrendale, PA 15086

(724) 799-8404 Telephone
bthompson@thompsonattorney.com