FILED
9/16/19 12:13 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
JOHN J. SKARO
KAREN A. SKARO
   Debtor(s)

Ronda J. Winnecour
   Movant
  vs.
No Repondents.

Case No.:13-25225 TPA

Chapter 13

Document No.: 356

ORDER OF COURT

AND NOW, this ___16th___ day of ___September___, 20_19_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

 (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

 (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

 (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

 (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

 (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

 (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT

_____
U.S. BANKRUPTCY JUDGE jlm

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                          Case No. 13-25225-TPA
John J. Skaro                                                   Chapter 13
Karen A. Skaro
      Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2            User: dkam              Page 1 of 2            Date Rcvd: Sep 16, 2019
                                Form ID: pdf900         Total Noticed: 35

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 18, 2019.
```
db/jdb         +John J. Skaro,    Karen A. Skaro,    5052 West Kristina Loop,    Lecanto, FL 34461-8588
cr             +Brian W. Jones,    PMB 185,    4960 Wm Flynn Highway,    Ste 6,    Allison Park, PA 15101-2354
r              +Francis J. Santorello,    Santorello Real Estate,    7883 Saltsburg Road,
                 Pittsburgh, PA 15239-7703
13766964       +ARP Associates, LLC,    3175 Beechwood Drive,    Allison Park, PA 15101-1159
13766963       +American Express,    PO Box 981537,    El Paso, TX 79998-1537
13844261        American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
13766965      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                 (address filed with court: Bank of America,    PO Box 15019,    Wilmington, DE 19886)
13766967       +Brian W. Jones,    Executive Judgment Acquisition,    4960 William Flynn Highway,
                 Suite 6, #185,    Allison Park, PA 15101-2354
13766970        CIT Technology Financing Service, Inc.,    PO Box 550559,    Jacksonville, FL 32255
13766969       +Chase Bank,    800 Brooksedge Blvd.,    Westerville, OH 43081-2822
13766971       +DSNB/Macy's,    PO Box 8218,    Mason, OH 45040-8218
13766973       +Eric D. Rosenberg, Esquire,    Metz Lewis Bordman Must O'Kee,    535 Smithfield St.,    Suite 800,
                 Pittsburgh, PA 15222-2305
13772458       +Fidelity Bank,    PO Box 11136,    Pittsburgh, PA 15237-0436
13766974       +Ford Motor Credit,    PO Box 790119,    Saint Louis, MO 63179-0119
13772459       +Ires II,    133 Jefferson Road,    Pittsburgh, PA 15235-3718
13766975       +JPMorgan Chase Bank,    Bankruptcy Dept.,    3415 Vision Drive,    Columbus, OH 43219-6009
13766976       +KIA Motor Finance,    PO Box 20815,    Fountain Valley, CA 92728-0815
13789304       +Kia Motors Finance,    PO Box 20825,    Fountain Valley, CA 92728-0825
13772460       +McGrath & Associates,    Three Gateway Center,    401 Liberty Avenue, Suite 1375,
                 Pittsburgh, PA 15222-1004
13772461       +Melissa Pirillo, Esquire,    Baker Sanders LLC,    100 Garden City Plaza, Suite 500,
                 Garden City, NY 11530-3207
13772462       +Michael M. Simon,    4344 Overhill Street,    Bethel Park, PA 15102-1922
13766979      ++PNC BANK,    500 FIRST AVE P7-PFSC-02-F,    PITTSBURGH PA 15219-3129
                 (address filed with court: PNC Bank,    500 First Avenue,    Pittsburgh, PA 15219)
13778376       +PNC BANK,    PO BOX 94982,    CLEVELAND, OHIO 44101-4982
13766978       +PNC Bank,    2730 Liberty Avenue,    Pittsburgh, PA 15222-4747
13772463       +Pride Acquisitions,    c/o Baker Sanders LLC,    100 Garden City Plaza, Ste. 500,
                 Garden City, NY 11530-3207
13766981      ++REMIT CORPORATION,    P O BOX 7,    BLOOMSBURG PA 17815-0007
                 (address filed with court: Remit Corporation,    36 West Main Street,    P.O. Box 7,
                 Bloomsburg, PA 17815)
13766980       +Raymond M. Suarez, Esquire,    Law Office of Yvonne Brown Wright PA,
                 11555 Heron Bay Blvd., Ste. 200,    Pompano Beach, FL 33076-3362
13766982       +TCM Financial Services,    PO Box 911138,    Los Angeles, CA 90091-1138
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
13766966       +E-mail/Text: bknotices@bankofthewest.com Sep 17 2019 03:53:23      Bank of the West,
                 2527 Camino Ramon,    San Ramon, CA 94583-4213
13766968        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 17 2019 03:58:53      Capital One,
                 PO Box 71083,    Charlotte, NC 28272-1083
13766972       +E-mail/Text: Bankruptcynotices2@kasslaw.com Sep 17 2019 03:52:19
                 Edward B. Pritchard, Esquire,    Kass Shuler, P.A.,    PO Box 800,    1505 N. Florida Avenue,
                 Tampa, FL 33602-2654
13772457        E-mail/Text: cio.bncmail@irs.gov Sep 17 2019 03:52:25      Department of the Treasury,
                 Financial Management Service,    PO Box 1686,    Birmingham, AL 35201
13766977       +E-mail/Text: bankruptcydpt@mcmcg.com Sep 17 2019 03:53:05      Midland Funding,
                 8875 Aero Dr. Ste. 200,    San Diego, CA 92123-2255
13772456       +E-mail/Text: bankruptcynotices@sba.gov Sep 17 2019 03:52:18      Small Business Administration,
                 409 3rd Street SW,    Washington, DC 20416-0005
13806292       +E-mail/Text: carine@tbfgroup.com Sep 17 2019 03:52:28      TBF Financial, LLC,
                 740 Waukegan Rd., Suite 404,    Deerfield, IL 60015-5505
                                                                                              TOTAL: 7
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              BAYVIEW LOAN SERVICING, LLC
cr              JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
cr              PNC Bank, National Association, Successor by Merge
                                                                                TOTALS: 3, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0315-2          User: dkam              Page 2 of 2              Date Rcvd: Sep 16, 2019
                              Form ID: pdf900         Total Noticed: 35
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 18, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 16, 2019 at the address(es) listed below:

```
              Andrew F Gornall    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               andygornall@latouflawfirm.com
              Andrew F Gornall    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC
               andygornall@latouflawfirm.com
              Brett A. Solomon    on behalf of Creditor    PNC Bank, National Association, Successor by Merger to
               National City Bank bsolomon@tuckerlaw.com,
               agilbert@tuckerlaw.com;cabbott@tuckerlaw.com;dparanay@tuckerlaw.com
              Brian C. Thompson    on behalf of Plaintiff John J. Skaro bthompson@ThompsonAttorney.com,
               blemon@thompsonattorney.com;mgillespie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@t
               hompsonattorney.com;bwamsley@thompsonattorney.com
              Brian C. Thompson    on behalf of Debtor John J. Skaro bthompson@ThompsonAttorney.com,
               blemon@thompsonattorney.com;mgillespie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@t
               hompsonattorney.com;bwamsley@thompsonattorney.com
              Brian C. Thompson    on behalf of Joint Debtor Karen A. Skaro bthompson@ThompsonAttorney.com,
               blemon@thompsonattorney.com;mgillespie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@t
               hompsonattorney.com;bwamsley@thompsonattorney.com
              Brian C. Thompson    on behalf of Plaintiff Karen A. Skaro bthompson@ThompsonAttorney.com,
               blemon@thompsonattorney.com;mgillespie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@t
               hompsonattorney.com;bwamsley@thompsonattorney.com
              Christopher L. Borsani    on behalf of Creditor    PNC Bank, National Association, Successor by
               Merger to National City Bank cborsani@tuckerlaw.com,    clborsani82@gmail.com
              Donna M. Donaher    on behalf of Creditor    PNC Bank, National Association, Successor by Merger to
               National City Bank donaherd@fnb-corp.com
              James  Warmbrodt    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC bkgroup@kmllawgroup.com
              Joshua I. Goldman    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              Stanley A. Kirshenbaum    on behalf of Defendant Brian W. Jones SAK@SAKLAW.COM
                                                                                             TOTAL: 14
```